IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

    Petitioner,

    v.                                                  Case No. 5:11-cv-258/RS/CJK

PHOEBE MASKER,

    Respondent.
_____

**ORDER**

    This matter was heard on Friday, September 23, 2011. The Respondent appeared *Pro Se* and requested that she be allowed additional time up to and including Friday, October 28, 2011, in which to produce the documents identified in the government's tax summons. The government had no objection. After questioning, I am satisfied that the Respondent's request has not been made for purposes of delay or hindrance but rather because the Respondent needs the additional time. It is therefore ordered that the Respondent shall have until close of business, Friday October 28, 2011, within which to satisfy the tax summons.

    The United States is directed to notify this Court at the earliest practical date whether the Respondent has fulfilled her commitment. Should the Respondent comply,

this matter will be an end. Should the Respondent fail to comply, this Court will act as necessary, including the scheduling of any necessary contempt hearing.

**ORDERED** September 26, 2011.

/s/ Richard Smoak
RICHARD SMOAK
UNITED STATES DISTRICT JUDGE